DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS OLIVARES-ROSARIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1801

[September 19, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 12-007023CF10A.

Luis Olivares-Rosario, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***